JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSHUA DAVEY AND JULIE DAVEY,<br><br>     Plaintiffs,<br><br>v.<br><br>UR JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>     Defendant. | Case No.  2:22-cv-1896-SB-KS<br><br><br>ORDER DISMISSING CASE |

On August 16, 2021, Plaintiffs voluntarily dismissed the case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Dkt. No. 21.  This action is therefore dismissed in its entirely without prejudice.

IT IS SO ORDERED.

Date: August 17, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge